IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALBERTO CHRISTOPHER LESLIE,

    Petitioner,

v.                                                             CASE NO. 3:17-cv-762-RV-GRJ

SECRETARY, DEPT. OF
CORRECTIONS,

    Respondent.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 23, 2021 (ECF No. 28), which recommended that the petition be denied. The petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), which he has done (ECF No. 31)

Having considered the Report and Recommendation, and the timely objections filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order. The Clerk must enter judgment stating, "Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2254 is denied. A certificate of appealability is denied."

**DONE AND ORDERED** this 25th day of March, 2021.

                                            /s/ Roger Vinson
                                            **ROGER VINSON**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**